Sept. 24, 2015

80,2166-03,04,
CS106

TO: Mr. Abel Acosta
Clerk/Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 29 2015
Abel Acosta, Clerk

From: Gerardo Gonzalez #1473026
WYNNE UNIT
810 F.M. 2821
Huntsville, Texas 77349

RE: Trial Court Case #1108256 A/B #1108257 A/B

Dear Mr. Abel Acosta:

Writing in concern of comply with Article 11.07, Section 3(b) of the Code of Criminal Procedure. According, with sec. 3(c) of art. 11.07 C.C.P. the clerk of the convicting court have to comply with this procedure. The District Clerk will then prepare a record and transmit to the Court of Criminal Appeals. Petitioner, has exhausted his remedies and has no other adequate remedy at law. Also, has gone well beyond any requirement or obligations imposed upon him by the Texas Code of Criminal Procedure. In contrast to Petitioner's efforts, Respondent has wholly failed to comply with the T.C.C.P., art. 11.07 sec. 3(c), is acting in bad faith, and has also failed to afford petitioner the professional and common courtesy of any written responses to his correspondence and requests. Petitioner, filed an application for Writ of Habeas Corpus pursuant to art. 11.073 related to certain Scientific Evidence (a)(1)(2); (b)(1)(A)(B) of the Texas Code of Criminal Procedure; "which also filed a Writ of Mandamus in the same convicting court. No. notice have been place to advise petitioner of any transmitted file to the C.C.A. Date's = certified mail June 19, 2015 art. 11.073 / certified mail Aug. 7, 2015 and Sept. 10, 2015 wrote a letter asking the status of both applications still have not had any respond to my requests.

Pro Se;
Gerardo Gonzalez